# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 861 |
| | : | |
| REAPPOINTMENT TO THE JUVENILE | : | SUPREME COURT RULES DOCKET |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE AND DESIGNATION OF | : | |
| VICE-CHAIR | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 15th day of December, 2020, Renée D. Merion, Esquire, Chester County, is hereby reappointed as a member of the Juvenile Court Procedural Rules Committee for a term of three years and designated as Vice-Chair, commencing February 1, 2021.